**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: PILAR F. MATA                                              Case Number: 08-70650
1112 SOUTH INDEPENDENCE AVENUE   SSN-xxx-xx-8336
ROCKFORD, IL  61102

Case filed on:     3/6/2008
Plan Confirmed on: 5/16/2008

D Dismissed

Total funds received and disbursed pursuant to the plan:  $732.77        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 672.11 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 672.11 | 0.00 |
| 999 | PILAR F. MATA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GMAC MORTGAGE | 13,143.69 | 13,143.69 | 0.00 | 0.00 |
|  | Total Secured | 13,143.69 | 13,143.69 | 0.00 | 0.00 |
| 002 | COMED CO | 534.53 | 534.53 | 0.00 | 0.00 |
| 003 | NICOR GAS | 1,170.49 | 1,170.49 | 0.00 | 0.00 |
| 004 | ROCK RIVER WATER RECLAMATION | 399.93 | 399.93 | 0.00 | 0.00 |
| 005 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 303.56 | 303.56 | 0.00 | 0.00 |
| 007 | B-REAL LLC | 1,730.78 | 1,730.78 | 0.00 | 0.00 |
|  | Total Unsecured | 4,139.29 | 4,139.29 | 0.00 | 0.00 |
|  | Grand Total: | 20,782.98 | 20,782.98 | 672.11 | 0.00 |

Total Paid Claimant:     $672.11
Trustee Allowance:       $60.66
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008              By  /s/Heather M. Fagan